January 8, 2013.



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE ESTATE OF ODEAN JONES, DECEASED

NO. 14-12-00864-CV

_____

Today the Court heard the unopposed motion filed by appellant, John Wilson, Administrator of the Estate of Renita Jones, Deceased, to dismiss the appeal from the judgment signed by the court below on August 20, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, John Wilson, Administrator of the Estate of Renita Jones, Deceased.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.